No. 728. VALENTINE T. COLLARD, ADMINISTRATOR OF THE ESTATE OF SAMUEL T. COLLARD, DECEASED, PLAINTIFF IN ERROR, *v.* PITTSBURGH, CINCINNATI, CHICAGO & ST. LOUIS RAILWAY COMPANY. In error to the Court of Appeals of the State of Kentucky. Motion to dismiss submitted March 11, 1918. Decided March 25, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) § 237, Judicial Code, as amended by the Act of Congress of September 6, 1916, c. 448, § 6, 39 Stat. 726; (2) *Schlosser* v. *Hemphill,* 198 U. S. 173; *Missouri & Kansas Interurban Ry. Co.* v. *Olathe,* 222 U. S., 185; *Louisiana Navigation Co.* v. *Oyster Commission of Louisiana,* 226 U. S. 99. *Mr. Matthew O'Doherty* for plaintiff in error. *Mr. William W. Crawford, Mr. Edmund F. Trabue* and *Mr. John C. Doolan* for defendant in error.

No. 203. BALTIMORE & OHIO RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* JAMES H. SMITH. In error to the Court of Appeals of the State of Kentucky. Argued March 18, 19, 1918. Decided March 25, 1918. *Per Curiam.* Judgment affirmed with costs upon the authority of (1) *Missouri, Kansas & Texas Ry. Co.* v. *Wulf,* 226 U. S. 570, 576; *Illinois Surety Co.* v. *United States,* 240 U. S. 214, 221; *Seaboard Air Line Ry.* v. *Renn,* 241 U. S. 290, 293–294; (2) *Chicago Junction Ry. Co.* v. *King,* 222 U. S. 222; *Seaboard Air Line Ry.* v. *Padgett,* 236 U. S. 668, 673; *Seaboard Air Line Ry.* v. *Koennecke,* 239 U. S. 352, 355; *Great Northern Ry. Co.* v. *Knapp,* 240 U. S. 464, 466; *Baltimore & Ohio R. R. Co.* v. *Whitacre,* 242 U. S. 169. *Mr. William W. Crawford, Mr. Edmund F. Trabue* and *Mr. J. C. Doolan* for plaintiff in error. *Mr. Eugene Hubbard* for defendant in error.